# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| SAVANNAH KOLSTEDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-076 |
| | ) | |
| TMX FINANCE CORPORATE SERVICES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| HELENA MICHELLE ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-078 |
| | ) | |
| TMX FINANCE CORPORATE SERVICES, INC., and TMX FINANCE LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TOMMY DOMINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-080 |
| | ) | |
| TMX FINANCE CORPORATE SERVICES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

SOPHIA PICKENS,                          )
                                          )
       Plaintiff,                   )
                                          )
v.                                        )         CV423-081
                                          )
TMX FINANCE CORPORATE                     )
SERVICES, INC.,                           )
                                          )
       Defendant.                   )
_____

JOSEPH TROTTIER,                          )
                                          )
       Plaintiff,                   )
                                          )
v.                                        )         CV423-083
                                          )
TMX FINANCE CORPORATE                     )
SERVICES, INC.,                           )
                                          )
       Defendant.                   )
_____

KELLI RITTER,                             )
                                          )
       Plaintiff,                   )
                                          )
v.                                        )         CV423-084
                                          )
TMX FINANCE CORPORATE                     )
SERVICES, INC., and TMX                   )
FINANCE LLC,                              )
                                          )
       Defendants.                  )
_____

| | | |
|---|---|---|
| CLAUDIA OLTEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-085 |
| | ) | |
| TMX FINANCE CORPORATE | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| RYAN CARDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-088 |
| | ) | |
| TMX FINANCE CORPORATE | ) | |
| SERVICES, INC., and TMX | ) | |
| FINANCE LLC, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PATSIE ESLINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-089 |
| | ) | |
| TMX FINANCE LLC, and TMX | ) | |
| FINANCE CORPORATE | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

ALEJANDRO RODRIGUEZ,          )
                             )
          Plaintiff,          )
                             )
v.                           )          CV423-093
                             )
TMX FINANCE CORPORATE        )
SERVICES, INC., and          )
TMX FINANCE LLC,             )
                             )
          Defendants.        )

_____

VICTORIA FLORES CORIA,        )
                             )
          Plaintiff,          )
                             )
v.                           )          CV423-094
                             )
TMX FINANCE CORPORATE        )
SERVICES, INC.,              )
                             )
          Defendant.         )

_____

MICHAEL WILLIAMS,             )
                             )
          Plaintiff,          )
                             )
v.                           )          CV423-095
                             )
TMX FINANCE CORPORATE        )
SERVICES, INC.,              )
                             )
          Defendant.         )

_____

ADRIAN JOHNSON, *et al.*,          )
                                    )
      Plaintiffs,          )
                                    )
v.                                  )          CV423-096
                                    )
TMX FINANCE CORPORATE               )
SERVICES, INC.,                     )
                                    )
      Defendant.          )

---

REY EIMERT,                         )
                                    )
      Plaintiff,          )
                                    )
v.                                  )          CV423-097
                                    )
TMX FINANCE CORPORATE               )
SERVICES, INC., and TMX             )
FINANCE LLC,                        )
                                    )
      Defendants.          )

---

EBONY MILLNER,                      )
                                    )
      Plaintiff,          )
                                    )
v.                                  )          CV423-098
                                    )
TMX FINANCE CORPORATE               )
SERVICES, INC.,                     )
                                    )
      Defendant.          )

---

DEWAYNE JACKSON,                    )
                                   )
       Plaintiff,                 )
                                   )
v.                                 )          CV423-099
                                   )
TMX FINANCE, LLC, and TMX          )
FINANCE CORPORATE                  )
SERVICES, INC.,                    )
                                   )
       Defendants.                )
_____

LAKENDRA MITCHELL, *et al.*,        )
                                   )
       Plaintiffs,                )
                                   )
v.                                 )          CV423-100
                                   )
TMX FINANCE LLC, and               )
TMX FINANCE CORPORATE              )
SERVICES, INC.,                    )
                                   )
       Defendants.                )
_____

DESARAY MAHONE, and                )
LEON DIAZ,                         )
                                   )
       Plaintiffs,                )
                                   )
v.                                 )          CV423-102
                                   )
TMX FINANCE CORPORATE              )
SERVICES, INC., and TMX            )
FINANCE LLC,                       )
                                   )
       Defendants.                )
_____

| | | |
|---|---|---|
| WHITLEY SMITH, and | ) | |
| ADAM WHITE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV423-105 |
| | ) | |
| TMX FINANCE CORPORATE | ) | |
| SERVICES, INC., and | ) | |
| TMX FINANCE LLC, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CHAPLIN JOHNSON, and | ) | |
| BRENDA DAVIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV423-108 |
| | ) | |
| TMX FINANCE CORPORATE | ) | |
| SERVICES, INC., and TMX | ) | |
| FINANCE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ANTONIO DEJESUS, and | ) | |
| TRACY E. STARLING, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV423-113 |
| | ) | |
| TMX FINANCE CORPORATE | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SHENEEQUA CARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-121 |
| | ) | |
| TMX FINANCE CORPORATE | ) | |
| SERVICES, INC., and | ) | |
| TMX FINANCE LLC, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CASAUNDRA ALEX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-124 |
| | ) | |
| TMX FINANCE CORPORATE | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| EDWIN SCHEIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-129 |
| | ) | |
| TMX FINANCE CORPORATE | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

MAKECIA BERRY, *et al.*,     )
                                )
          Plaintiffs,     )
                                )
v.                           )         CV423-134
                                )
TMX FINANCE CORPORATE     )
SERVICES, INC., and     )
TMX FINANCE, LLC,     )
                                )
          Defendants.     )

## ORDER

The Plaintiffs in the above-captioned cases brought actions against entities associated with Defendant TMX Finance Corporate Services, Inc. ("TMX") alleging failure to properly secure and safeguard Plaintiffs' personal identifiable information. *See, e.g.*, *Kolstedt v. TMX Fin. Corp. Servs., Inc.*, CV423-076, doc. 1 at 1 (S.D. Ga. Mar. 31, 2023).[1] The parties in these cases have filed, *inter alia*, requests for extensions of deadlines, requests to stay deadlines, and motions to consolidate the cases. *See, e.g.*, doc. 16 (Unopposed Motion to Consolidate Cases); doc. 19 (Unopposed Motion to Suspend or Stay Deadline for Filing Motion for Class Certification); *see also Jackson v. TMX Fin., LLC*, CV423-099, doc. 16

---

[1] The Court will cite the docket in *Kolstedt*, CV423-076, unless otherwise noted. The Clerk is **DIRECTED** to enter this Order in each of the above-captioned cases.

(S.D. Ga. June 30, 2023) (Unopposed Motion for Continued Extension of Time to Respond to Complaint).   The District Judge set a status conference for July 25, 2023 in all of the cases to address Plaintiff's consolidation request in *Kolstedt*.  Doc. 32 (Text Order).

Instead of addressing each stay and extension request individually before the District Judge's status conference, the Court **STAYS** all deadlines in the above-captioned cases until August 8, 2023.[2] Accordingly, all stay and extension requests in the above-captioned cases are **TERMINATED** as moot.   The Clerk is **DIRECTED** to **TERMINATE** all pending motions in the above-captioned cases **except** the following motions:

- *Kolstedt*, CV423-076: Docs. 16, 25 & 33.

- *Trottier v. TMX Fin. Corp. Servs., Inc.*, CV423-083 (S.D. Ga. Apr. 5, 2023): Doc. 16.

---

[2]  This stay does not apply to the deadlines set by the District Judge's Text Order setting the July 25, 2023 status conference. doc. 32, or any other deadline specifically set by the District Judge

- *Johnson et al v. TMX Fin. Corp. Servs., Inc.*, CV423-096 (S.D. Ga. Apr. 12, 2023): Doc. 5.

**SO ORDERED**, this 10th day of July, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA